**Paris YOUNG, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 39611.**

Missouri Court of Appeals, Western District.

April 12, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 31, 1988.

Application to Transfer Denied July 26, 1988.

Sean D. O'Brien, David S. Durbin, Kansas City, for appellant.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, C.J., and MANFORD and BERREY, JJ.

## ORDER

PER CURIAM.

Appeal from denial, following an evidentiary hearing, of a Rule 27.26 motion for post-conviction relief.

Affirmed.   Rule 30.25(b).